UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 16 Cr. 210 (KPF) |
| ROBERT BELL, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The conference regarding Defendant Bell's violation of supervised release previously scheduled for January 8, 2020, is hereby ADJOURNED to **January 23, 2020, at 10:00 a.m.**

SO ORDERED.

Dated: December 23, 2019
       New York, New York

KATHERINE POLK FAILLA
United States District Judge