UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ROBERT BELL,

              Defendant.

16 Cr. 210 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

The conference regarding Defendant Bell's violation of supervised release previously scheduled for March 13, 2020, is hereby ADJOURNED to **April 27, 2020, at 11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

    SO ORDERED.

Dated:  February 19, 2020
           New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge