UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ROBERT BELL,<br><br>                    Defendant. | 16 Cr. 210 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

Mr. Bell's VOSR hearing, previously scheduled for June 17, 2020 (Dkt. #40), is hereby ADJOURNED to **June 16, 2020, at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

Dated:  April 15, 2020
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge