UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br> -v.- <br> ROBERT BELL, <br>                    Defendant. | 16 Cr. 210 (KPF) <br><br> **SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

Due to the COVID-19 Pandemic and restrictions on access to the Courthouse, Mr. Bell's VOSR hearing, previously scheduled for June 16, 2020 (Dkt. #41), is hereby ADJOURNED to **August 5, 2020, at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

Dated:   June 2, 2020
         New York, New York

                                    _____
                                    KATHERINE POLK FAILLA
                                    United States District Judge