

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 30, 2020

**BY ECF AND E-MAIL**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    *United States* v. *Robert Bell*, 16 Cr. 210 (KPF)

Dear Judge Failla:

    A VOSR hearing is presently scheduled for August 14, 2020 at 10:00 a.m. in the above-captioned case. Yesterday, the Government learned that there has not been any progress in the defendant's case in Westchester County, which forms the basis of the instant VOSR specification, and that the Westchester matter has been adjourned indefinitely due to the COVID pandemic. Accordingly, the Government respectfully requests a 90-day adjournment of the defendant's VOSR hearing to track the progress of the defendant's state case. I have conferred with Daniel Hochheiser, counsel for the defendant, who consents to this request.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

    By:   /s/ Rebecca T. Dell
    Rebecca T. Dell
    Jonathan E. Rebold
    Assistant United States Attorney
    (212) 637-2198 / 2512

cc:    Daniel Hochheiser, Esq. (via ECF)
        Probation Officer Erica Cudina, U.S. Department of Probation (via e-mail)

---

Application GRANTED. Mr. Bell's VOSR hearing, previously scheduled for August 14, 2020, is hereby ADJOURNED to **October 30, 2020, at 2:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

Dated: July 30, 2020
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE