UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 16 Cr. 210 (KPF) |
| ROBERT BELL, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a conference regarding Defendant Bell's violation of supervised release on **September 3, 2020, at 3:00 p.m.** The conference will proceed by videoconference with audio access as follows: Dial In: (917) 933-2166 with Access Code: 998599956. The Court will provide instructions for accessing the conference for video participants separately.

SO ORDERED.

Dated: August 20, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge