*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

December 11, 2020

**BY ECF AND E-MAIL**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    *United States* v. *Robert Bell*, 16 Cr. 210 (KPF)

Dear Judge Failla:

    A Violation of Supervised Release ("VOSR") hearing is presently scheduled for December 17, 2020 in the above-captioned case. The Government has learned that a pretrial hearing in the defendant's case in Westchester County, which forms the basis of the instant VOSR specification, is currently scheduled for January 19, 2021. Accordingly, the parties jointly and respectfully request that the conference be adjourned to a date after January 19, 2021.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

    By:   /s/ Rebecca T. Dell
    Rebecca T. Dell
    Jonathan E. Rebold
    Assistant United States Attorney
    (212) 637-2198 / 2512

cc:    Daniel Hochheiser, Esq. (via ECF)
    Probation Officer Erica Cudina, U.S. Department of Probation (via e-mail)

```
Application GRANTED.  The VOSR hearing is ADJOURNED to February
9, 2021, at 3:00 p.m.
```

SO ORDERED.

```
Dated:  December 11, 2020
        New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE