UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        -v.-<br><br>ROBERT BELL,<br><br>                    Defendant. | 16 Cr. 210 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

Due to delays in an underlying Westchester County action, Defendant Bell's VOSR hearing currently scheduled for February 9, 2021, is hereby ADJOURNED to **March 5, 2021, at 12:00 p.m.**

SO ORDERED.

Dated:   January 29, 2021
         New York, New York

                                         *Katherine Polk Failla*
                                         _____
                                         KATHERINE POLK FAILLA
                                         United States District Judge