UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ROBERT BELL,<br><br>       Defendant. | 16 Cr. 210 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

  Due to delays in an underlying Westchester County action, Defendant Bell's VOSR hearing currently scheduled for March 5, 2021, is hereby ADJOURNED to **April 7, 2021, at 12:00 p.m.**

  SO ORDERED.

Dated: February 25, 2021
     New York, New York

                        KATHERINE POLK FAILLA
                        United States District Judge