UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ROBERT BELL,<br><br>Defendant. | 16 Cr. 210 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Defendant Bell's VOSR hearing, currently scheduled for April 7, 2021, is hereby ADJOURNED to **May 13, 2021, at 11:00 a.m.** in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: April 2, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge