UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 16 Cr. 210 (KPF) |
| ROBERT BELL, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Defendant Bell's VOSR hearing scheduled for June 30, 2021, at 10:00 a.m. will proceed by video conference. Access instructions will be provided in advance of the hearing.

SO ORDERED.

Dated: June 3, 2021
        New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge