*Law Offices of*
*Daniel A. Hochheiser*

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

June 30, 2021



**Via ECF and E-MAIL**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *U.S. v. Robert Bell*, 16 CR 210 (KPF)
           Request for **Nunc Pro Tunc Order** and **reappointment** of **CJA counsel**

Your Honor:

    Since April 21, 2017, I have represented Mr. Bell in three separate Violation of Supervised Release (VOSR) Proceedings before Your Honor.

    In order to submit a voucher in connection with the third VOSR proceeding triggered by violation reports dated November 12, 2019 and amended May 11, 2021, I ask Your Honor to re-appoint me as CJA counsel to Mr. Bell *nunc pro tunc* to **November 11, 2019** when I first began work on this third VOSR matter.

Respectfully submitted,

*/s/ Daniel A. Hochheiser*

Daniel A. Hochheiser

```
Application GRANTED.  Mr. Hochheiser is re-appointed as CJA counsel
to Mr. Bell nunc pro tunc to November 11, 2019.
```

```
Dated:   June 30, 2021
         New York, New York
```

1